UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 08-00068** |
| **VERSUS** | **JUDGE PATRICIA MINALDI** |
| **LARRY W. LEDET, JR.** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2255(f).

MONROE, LOUISIANA, this 4th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE